

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00394-CV

———————————————

VICTOR MIGNOGNA, Appellant

V.

FUNIMATION PRODUCTIONS, LLC, JAMIE MARCHI, MONICA RIAL, AND RONALD TOYE, Appellees

AND

MONICA RIAL AND RONALD TOYE, Appellants

V.

VICTOR MIGNOGNA, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-307474-19

Concurring Memorandum Opinion by Chief Justice Sudderth

## CONCURRING MEMORANDUM OPINION

I write separately only to reiterate what has already been said both in the majority opinion and in the concurring and dissenting opinion.

First, I agree with the concurring and dissenting opinion that there is ample room in this record to support the trial court's decision to award a lesser amount of attorney's fees than Rial and Toye sought.

But I also agree with the majority opinion in holding that a one-size-fits-all approach to determining appropriate attorney's fees violates guiding rules and principles and, therefore, that the trial court abused its discretion in the manner in which it reduced the fees awarded to Rial and Toye here.

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered:  August 18, 2022